435 A.2d 658

Hollock et al. v. Durkin et al.

Appeal of George Gregory, Jr. & Cora Gregory, his wife.

Argued March 18, 1980. Kenneth C. Marano, for appellants; Allan P. Ramsay, Jr., for appellees.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.

435 A.2d 658

Philadelphia Electric, Co., v. Zuzulock et al.

Appeal of John J. Zuzulock.

Argued December 2, 1980. Patrick O. McDonald, for appellant; Arlene D. Fisk, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.